UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:01-CR-291-LDG-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RYAN SALMON ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#20) on June 12, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $54,000.00

**Total Amount of Restitution ordered:** $54,000.00

Dated this _____ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE